## In re Incorporation of Borough of Forest Hills (No. 2).

Argued November 19, 1918. Appeal, No. 67, by Township of Braddock, Township of Wilkins, and School District of Township of Wilkins, from the decree of Q. S. Allegheny Co., October T., 1917, No. 1, in the matter of the petition for the incorporation of the Borough of Forest Hills. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER and WILLIAMS, JJ. Affirmed.

OPINION BY TREXLER, J., July 17, 1919:

For the reasons set forth in No. 66, April Term, 1919, the decree is affirmed. Appellants for costs.